# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    BEVERLY JEAN GIBSON, Debtor                          Case No. 22-02640-JAW
                                                                CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 30, 2025          Signature:        /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               Jennifer Ann Curry Calvillo (MSBN 104367)
                                               The Rollins Law Firm, PLLC
                                               P.O. Box 13767
                                               Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    BEVERLY JEAN GIBSON, Debtor                    Case No. 22-02640-JAW
                                                          CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on December 21, 2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor wishes to modify the confirmed Chapter 13 plan by extending the duration from 36 months to 60 months with the monthly plan payment reduced from $256.00 to $75.00.

3. The Debtor's income has decreased as they are no longer able to work and are now relying solely on Social Security benefits.

4. Debtor has filed a supplement to schedules I/J (Dk#54), evidencing current income and expenses.

5. The reduced plan payment is intended to allow the debtor to make consistent payments over an extended term and successfully complete the plan while maintaining a 0% distribution to unsecured creditors.

6. Except as expressly modified herein, all other provisions of the original confirmed Chapter 13 plan should remain in full force and effect.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on July 1, 2025, to:

By Electronic CM/ECF Notice:

    Harold J. Barkley, Jr.

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BEVERLY JEAN GIBSON

CASE NO: 22-02640

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 7/1/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/1/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BEVERLY JEAN GIBSON | CASE NO: 22-02640<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/1/2025, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/1/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-02640<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON JUN 30 14-34-56 PST 2025 | ALLY FINANCIAL CO AIS PORTFOLIO<br>SERVICES<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | FIRST METROPOLITAN FINANCIAL SERVICES<br>CLIN<br>CO B JOEY HOOD II ATTORNEY AT LAW PLLC<br>PO BOX 759<br>ACKERMAN MS 39735-0759 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | 1ST FRANKLIN FINANCIAL<br>398 HIGHWAY 51<br>RIDGELAND MS 39157-3401 | 1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 |
| 1ST HERITAGE CREDIT<br>3047 HWY 80 E<br>PEARL MS 39208-3434 | AACE CHECK ADVANCE<br>6800 OLD CANTON RD STE 101<br>RIDGELAND MS 39157-1254 | ADVANCED RECOVERY<br>219 KATHERINE DRIVE<br>FLOWOOD MS 39232-9588 |
| B JOEY HOOD II ESQ<br>FOR FIRST METROPOLITAN FINANCIAL<br>SERVICE<br>CLINTON BRANCH<br>POST OFFICE BOX 759<br>ACKERMAN MS 39735-0759 | CAMPBELL CREDIT COMPANY<br>3202 SERVICE DRIVE<br>PEARL MS 39208-3527 | CHECK INTO CASH<br>704 US 80<br>CLINTON MS 39056-5128 |
| COMMUNITY LOANS<br>410 CHRISTINE DR<br>STE D<br>RIDGELAND MS 39157-3421 | (P)FAMILY CHOICE FINANCIAL<br>3208 SERVICE DRIVE<br>SUITE E<br>PEARL MS 39208-3539 | FIRST METROPOLITAN FINANCIAL SERVICES<br>CLINTON BRANCH<br>305 HWY 80 EAST<br>CLINTON MS 39056-4717 |
| FIRST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | FORTIVA<br>PO BOX 105555<br>ATLANTA GA 30348-5555 |
| (P)HARBOR LOANS OF CLINTON INC<br>322 HIGHWAY 80 EAST SUITE 8<br>CLINTON MS 39056-4726 | ~~EXCLUDE~~<br>~~(D)(P)HARBOR LOANS OF CLINTON INC~~<br>~~322 HIGHWAY 80 EAST SUITE 8~~<br>~~CLINTON MS 39056-4726~~ | HEIGHTS FINANCE HOLDINGS CO<br>DBA FIRST HERITAGE OF MISSISSIPPI LLC<br>2<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 |
| JACKSON THYROID<br>971 LAKELAND DR<br>353<br>JACKSON MS 39216-4607 | LIBERTY<br>2425 US HWY 80<br>CLINTON MS 39056 | MEA<br>935 HWY 51<br>MADISON MS 39110-8407 |
| ORAL MAXILLOFACIAL S<br>971 LAKELAND DR<br>STE 225<br>JACKSON MS 39216-4615 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


REGIONS BANK                        SMITH ROUCHON                       SOCIAL SECURITY ADMINI
359 W WOODROW WILSON                1456 ELLIS AVE                      61 FORSYTH ST  SW
JACKSON  MS 39213-7596              JACKSON  MS 39204-2204              STE 20T45
                                                                        ATLANTA  GA 30303-8910




SOCIAL SECURITY ADMINI              ST DOMINIC                          US ATTORNEY GENERAL
CO US ATTORNEY                      PO BOX 101928                       US DEPT OF JUSTICE
501 E COURT ST                      DEPT 2174                           950 PENNSYLVANIA AVENW
STE 4430                            BIRMINGHAM  AL 35210-6928           WASHINGTON  DC 20530-0001
JACKSON  MS 39201-5025



EXCLUDE                             DEBTOR                              EXCLUDE
UNITED STATES TRUSTEE               BEVERLY JEAN GIBSON                 HAROLD J BARKLEY JR
501 EAST COURT STREET               1422 PILLARS ST                     PO BOX 4476
SUITE 6-430                         JACKSON  MS 39213-6734              JACKSON  MS 39296-4476
JACKSON  MS 39201-5022



EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```