

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 2, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 NO.:

BEVERLY JEAN GIBSON                                         22-02640 – JAW

## ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 51) and the Debtor's Response (DK # 56); and the Court orders as follows:

THAT, the Trustee's Motion to Dismiss is withdrawn.

##END OF ORDER##

SUBMITTED BY:

JUSTIN B. JONES - #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM