

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 5, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BEVERLY JEAN GIBSON, Debtor           Case No. 22-02640-JAW
                                                CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK # 55 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. The term of the plan is extended from 36 months to 60 months. The monthly plan payment shall be reduced to $75.00, however the Chapter 13 trustee retains authority to increase the monthly payment as necessary to ensure full payment of all secured and priority claims pursuant to the distribution ordered in the confirmed plan. Any payment increases instituted by the trustee under this section shall be limited to the amounts required to pay secured and priority claims on a timely basis. The trustee shall provide the debtor with advance notice of any increased payment amount. The debtor's failure to remit the full trustee-adjusted payment shall constitute a default under the modified plan terms. Except as expressly modified herein, all other provisions of the original confirmed Chapter 13 plan remain in full force and effect. Trustee is authorized to adjust

the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR