**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                          CHAPTER 13 NO.:

BEVERLY JEAN GIBSON                                        22-02640 – JAW

**TRUSTEE'S NOTICE AND MOTION TO MODIFY**

COMES NOW Harold J. Barkley, Jr, the duly appointed and qualified Standing Trustee in the above cause and moves to modify the above proceeding for reasons to be shown below.

1. The Debtor's Chapter 13 Plan was confirmed by Order of this Court entered on March 17, 2023.

2. That, the Debtor's wage withholding order is currently set at $75.00 monthly pursuant to the Order (DK# 61) on the Debtor's Motion to Modify.

3. That, Debtor filed a supplemental Schedule I and Schedule J (DK# 63) which shows new employment and a monthly net income available for plan payment of $402.92.

4. That, Debtor's Plan should be modified to set the wage order at $402.92 monthly with the Trustee to determine the proper distribution percentage to unsecured creditors, or to pay 100% to unsecured creditors, whichever is less.

5. **You are hereby notified** that all Objections must be made in writing to the Clerk of this Court.  Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF.  Others should file any response at U. S. Bankruptcy Court, U. S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, with a copy mailed to the Trustee at the address below.

6. Y**ou are further notified** that all Objections must be made within thirty (30) days of this date, being **December 8, 2025.**

7. Y**ou are further notified** that should no Objection be timely filed, the Court will be requested to enter an Order ex parte.

8. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion to Modify, and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: November 7, 2025

Respectfully submitted,
/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601-362-6161 / FAX: 601-362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Beverly Jean Gibson
1422 Pillars Street
Jackson, MS 39213

Dated: November 7, 2025

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.