IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 13 NO.:

BEVERLY JEAN GIBSON  22-02640 – JAW

ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #     ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtor's Plan shall be modified to set the wage order at $402.92 monthly with the Trustee to determine the proper distribution percentage to unsecured creditors, or to pay 100% to unsecured creditors, whichever is less.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM