United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 22-02640-JAW
BEVERLY JEAN GIBSON   Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3   User: mssbad   Page 1 of 2
Date Rcvd: Dec 12, 2025   Form ID: pdf012   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

**Recip ID    Recipient Name and Address**
db    + BEVERLY JEAN GIBSON, 1422 Pillars St, Jackson, MS 39213-6734

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

**Name    Email Address**

B. Joey Hood, II
    on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com

Harold J. Barkley, Jr.
    on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
    on behalf of Debtor BEVERLY JEAN GIBSON trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Dec 12, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:             CHAPTER 13 NO.:

BEVERLY JEAN GIBSON       22-02640 – JAW

## ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK # 64 ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtor's Plan shall be modified to set the wage order at $402.92 monthly with the Trustee to determine the proper distribution percentage to unsecured creditors, or to pay 100% to unsecured creditors, whichever is less.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM