**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **BEVERLY JEAN GIBSON, Debtor**                    Case No. 22-02640-JAW
                                                                                    CHAPTER 13

<u>**ORDER ON MOTION TO DISMISS**</u>

On the Motion to Dismiss (Dk # ___) filed by the Debtor, the Court finds that the relief

requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case is hereby dismissed.

**## END OF ORDER ##**

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533