_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:    BEVERLY JEAN GIBSON, Debtor**                **Case No. 22-02640-JAW**
                                                                                            **CHAPTER 13**

## ORDER ON MOTION TO DISMISS

On the Motion to Dismiss (Dk # __69__) filed by the Debtor, the Court finds that the relief

requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case is hereby dismissed.

### ## END OF ORDER ##

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533