United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 22-02640-JAW

BEVERLY JEAN GIBSON                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jul 23, 2026 | Form ID: ntcds13v | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BEVERLY JEAN GIBSON, 1422 Pillars St, Jackson, MS 39213-6734 |
| 5178396 | + | 1st Franklin Financial, 398 Highway 51, Ridgeland, MS 39157-3401 |
| 5178398 | + | AACE Check Advance, 6800 Old Canton Rd Ste 101, Ridgeland, MS 39157-1254 |
| 5178400 | + | Campbell Credit Company, 3202 Service Drive, Pearl, MS 39208-3527 |
| 5178402 | + | Community Loans, 410 Christine Dr, Ste D, Ridgeland, MS 39157-3421 |
| 5178404 | + | First Metropolitan Financial Services-, Clinton Branch, 305 Hwy 80 East, Clinton, MS 39056-4717 |
| 5185015 | ++ | HARBOR LOANS OF CLINTON INC, 322 HIGHWAY 80 EAST SUITE 8, CLINTON MS 39056-4726 address filed with court:, HARBOR LOANS ***, 322 HWY 80 E, STE 8,, CLINTON, MS 39056-4726 |
| 5178408 | + | Jackson Thyroid, 971 Lakeland Dr, #353, Jackson, MS 39216-4607 |
| 5178409 | | Liberty, 2425 US Hwy 80, Clinton, MS 39056 |
| 5178410 | + | MEA, 935 Hwy 51, Madison, MS 39110-8407 |
| 5178411 | + | Oral & Maxillofacial S, 971 Lakeland Dr, Ste 225, Jackson, MS 39216-4615 |
| 5178412 | + | Regions Bank, 359 W Woodrow Wilson, Jackson, MS 39213-7596 |
| 5178416 | | St. Dominic, P.O. Box 101928, Dept 2174, Birmingham, AL 35210-6928 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 23 2026 23:46:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jul 23 2026 19:46:06 | First Metropolitan Financial Services - Clinton Br, c/o B Joey Hood II Attorney at Law PLLC, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5186386 | + | Email/Text: bankruptcy@1ffc.com | Jul 23 2026 19:50:00 | 1st Franklin Financial Corporation, P.O. Box 880, Toccoa, GA 30577-0880 |
| 5178397 | + | Email/Text: bankruptcy@curo.com | Jul 23 2026 19:50:00 | 1st Heritage Credit, 3047 Hwy 80 E, Pearl, MS 39208-3434 |
| 5178399 | + | Email/Text: sbridwell@arscollections.com | Jul 23 2026 19:50:00 | Advanced Recovery, 219 Katherine Drive, Flowood, MS 39232-9588 |
| 5182254 | + | Email/Text: notices@jhoodlaw.com | Jul 23 2026 19:50:00 | B. Joey Hood, II, Esq., for First Metropolitan Financial Service, Clinton Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5178401 | + | Email/Text: bkinfo@ccfi.com | Jul 23 2026 19:50:00 | Check Into Cash, 704 US 80, Clinton, MS 39056-5128 |
| 5178403 | | Email/Text: rrush@familychoicefinancial.com | Jul 23 2026 19:49:00 | Family Choice Financial, Inc, 3208 Service Dr, Ste E, Pearl, MS 39208 |
| 5178405 | + | EDI: AMINFOFP.COM | Jul 23 2026 23:46:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Jul 23, 2026 | Form ID: ntcds13v | Total Noticed: 31 |

| 5178406 | + EDI: AMINFOFP.COM | | |
|---|---|---|---|
| | | Jul 23 2026 23:46:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5178407 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Jul 23 2026 19:49:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 5199793 | + Email/Text: bankruptcy@curo.com | | |
| | | Jul 23 2026 19:50:00 | HEIGHTS FINANCE Holdings Co, DBA First Heritage of Mississippi, LLC 2, PO Box 1947, Greenville, SC 29602-1947 |
| 5197683 | EDI: PRA.COM | | |
| | | Jul 23 2026 23:46:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5192502 | + EDI: JEFFERSONCAP.COM | | |
| | | Jul 23 2026 23:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5178413 | + Email/Text: Tracey@sra-inc.net | | |
| | | Jul 23 2026 19:50:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5178414 | + Email/Text: ssa.bankruptcy@ssa.gov | | |
| | | Jul 23 2026 19:49:00 | Social Security Admini, 61 Forsyth St, SW, Ste 20T45, Atlanta, GA 30303-8910 |
| 5178415 | + Email/Text: ebone.woods@usdoj.gov | | |
| | | Jul 23 2026 19:50:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5178417 | ^ MEBN | | |
| | | Jul 23 2026 19:46:01 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5185146 | *P++ | HARBOR LOANS OF CLINTON INC, 322 HIGHWAY 80 EAST SUITE 8, CLINTON MS 39056-4726, address filed with court:, HARBOR LOANS OF CLINTON, 322 HIGHWAY 80 E, SUITE 8, CLINTON, MS 39056 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | |
| | on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com |
| Harold J. Barkley, Jr. | |
| | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |

District/off: 0538-3                    User: mssbad                         Page 3 of 3
Date Rcvd: Jul 23, 2026                 Form ID: ntcds13v                     Total Noticed: 31

Harold J. Barkley, Jr.
                    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor BEVERLY JEAN GIBSON trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  22−02640−JAW
Chapter:  13

In re:

BEVERLY JEAN GIBSON
aka Beverly J Gibson
1422 Pillars St
Jackson, MS 39213

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−5693

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that on 07/23/2026, <u>Beverly Jean Gibson</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 69). On 07/23/2026, the court entered an *ex parte* order (Dkt. # 70) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 7/23/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600